# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-3355

———————————————

TIMOTHY FRANCIS MCGARRY,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 10, 2019

PER CURIAM.

   DISMISSED. *Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WOLF, LEWIS, and WETHERELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Timothy Francis McGarry, pro se, Petitioner.

Ashley Brooke Moody, Attorney General, Tallahassee, for Respondent.